■ CHARLES J. ZECK, JR., et al., Appellants, v VICTOR GASPAR, Respondent. [915 NYS2d 882]—Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, A.J.), entered July 26, 2010 in a personal injury action. The order, among other things, denied in part plaintiffs' motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.